In the Matter of the Claim of the COMMISSIONER OF TAXATION AND FINANCE, on Account of the Death of JOHN CZYMYO, et al., Respondents, against WICK-WIRE SPENCER STEEL CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.